No. 04-1716. MADRIAGA LIM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. *v.* OFFSHORE SPECIALTY FABRICATORS, INC. C. A. 5th Cir. Certiorari denied.

No. 04-1718. ANAYA ET UX., AS PARENTS OF ANAYA, A MINOR *v.* DOUGLAS COUNTY, NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 04-1720. MEDLIN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 04-1721. BARNHARDT *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04-1722. WILLMAN ET AL. *v.* ST. PAUL FIRE & MARINE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 04-1725. FITZPATRICK *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 04-1726. HERBERT *v.* CAIN. C. A. 2d Cir. Certiorari denied.

No. 04-1728. CALDWELL ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04-1730. SCHWIEGERATH *v.* SCHWIEGERATH. Sup. Ct. Colo. Certiorari denied.

No. 04-1731. BENNETT *v.* SOCIETY OF LLOYD'S. C. A. 10th Cir. Certiorari denied.

No. 04-1732. ANDERSON *v.* WADE ET AL. Sup. Ct. N. C. Certiorari denied.

No. 04-1733. FRENCH *v.* JACKSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 04-1735. SOUTHERN OREGON BARTER FAIR *v.* OREGON. C. A. 9th Cir. Certiorari denied.